# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISMARCK ALFREDO MARTINEZ OBANDO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Case No. 1:24-cv-01328-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 4, 2024, the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 4.) To date, Respondent has failed to file a response to the petition, and the deadline has passed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of the date of service of this order, Respondent shall file a response to the petition; and

2. Within seven (7) days of the date of service of this order, Respondent shall show cause why sanctions should not be imposed for failure to comply with this Court's orders.

IT IS SO ORDERED.

Dated: **January 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2