# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISMARCK ALFREDO MARTINEZ OBANDO,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No. 1:24-cv-01328-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 9) |

    Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On November 4, 2024, the Court ordered Respondent to file a response to the petition within sixty days. (ECF No. 4.) As the deadline had passed and no response had been filed, the Court ordered Respondent to file a response and show cause why sanctions should not be imposed. (ECF No. 9.) In the response to the order to show cause, Respondent indicates that the error was purely unintentional and caused by PACER connectivity issues and a failure to make sure the filing went through. (ECF No. 11.)

///

///

///

Accordingly, IT IS HEREBY ORDERED that the order to show cause (ECF No. 9) is DISCHARGED.

IT IS SO ORDERED.

Dated: **February 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge