UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISMARK ALFREDO MARTINEZ OBANDO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, GOLDEN STATE ANNEX,<br><br>    Respondent. | Case No.: 1:24-cv-01328-JLT-SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING THE PETITION AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 10, 14) |

    Bismark Alfredo Martinez Obando proceeds *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting his detention by U.S. Immigration and Customs Enforcement exceeded the removal period authorized by law.  (*See* Doc. 1 at 6.)  Petitioner requests the Court order his release from custody.  (*Id.* at 7.)  The U.S. Postal Service returned the Court's mail to Petitioner as "Undeliverable, Detainee Not in Custody" on February 3, 2025.  Respondent moved to dismiss the petition, reporting that Petitioner was released from custody on December 18, 2024.  (Doc. 10 at 2; Doc. 10-1 at 2, ¶ 8.)  Therefore, the magistrate judge found the petition is moot and recommended the Court grant the motion to dismiss.  (Doc. 14 at 2-3.)

    Although the Court served Petitioner at the only address on record, the Postal Service again returned the Court's mail marked "Undeliverable, Not in Custody" on June 4, 2025.  Respondent did not object to the Findings and Recommendations, and the time to so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated May 23, 2025 (Doc. 14) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 10) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2025**

_____
UNITED STATES DISTRICT JUDGE

2